IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LEAMON PUGH, on his own behalf and on
behalf of those similarly situated,

    Plaintiff,

vs.                                    Case No. 3:08cv507/MCR/MD

ALL SPORTS MANUFACTURING, INC., a
Florida Corporation, and STEVE WAGNER,
individually,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AND DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation of Settlement and Joint Motion for Court Approval of Settlement Agreement (doc. 36) and the parties' Confidential Summary of Terms of Settlement (doc. 39), it is ORDERED AND ADJUDGED that:

1. The joint motion is GRANTED. The Court approves the settlement as adequate, proper, fair and reasonable. The parties are directed to abide by the terms of the Settlement Agreement.

2. Plaintiffs' complaint and this action are hereby DISMISSED, with prejudice, without assessment of fees and costs and with each party bearing their own attorneys' fees and costs.

**DONE and ORDERED** this 13th day of March, 2009.

                                            *s/ M. Casey Rodgers*
                                          **M. CASEY RODGERS**
                                          **UNITED STATES DISTRICT JUDGE**